NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALICE MARIE BRUCE a/k/a ALICE )
BRUCE, individually and as trustee of )
the Roy W. Bruce, Jr., and Alice M. )
Bruce Revocable Trust Dated )
December 7, 2011, )
)
        Appellant, )
)
v. )       Case No. 2D18-5073
)
U.S. BANK NATIONAL ASSOCIATION, )
as trustee, successor in interest to )
Bank of America, National Association, )
a trustee successor by merger to )
LaSalle Bank, National Association, )
trustee for Washington Mutual Asset- )
Backed Certificates WMABS Series )
2006-HE3 Trust; ROY W. BRUCE, JR.; )
ROY W. BRUCE, JR., as trustee of the )
Roy W. Bruce, Jr., and Alice M. Bruce )
Revocable Living Trust dated December )
7, 2011; and HAMILTON SOUTH )
HOMEOWNERS ASSOCIATION, INC. )
)
        Appellees. )
_____)

Opinion filed November 8, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Polk County;
Gerald Hill, Judge.

Alice Marie Bruce a/k/a Alice Bruce,
individually and as trustee of the Roy W.
Bruce, Jr., and Alice M. Bruce Revocable

Trust Dated December 7, 2011, pro se.

Teris A. McGovern of Bitman, O'Brien & Morat, PLLC, Lake Mary, for Appellee U.S. Bank National Association, as trustee, successor in interest to Bank of America, National Association, a trustee successor by merger to LaSalle Bank, National Association, trustee for Washington Mutual Asset-Backed Certificates WMABS Series 2006-HE3 Trust.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

KHOUZAM, C.J., and KELLY and ATKINSON, JJ., Concur.